IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ,  )
        Petitioner,  )
   vs.  )
ROSE MARTINEZ, Warden,  )
        Respondent.  )

No. C 06-00069 JW (PR)

ORDER DIRECTING CLERK TO OPEN NEW CASE

    Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2007, the case was dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    Petitioner has since filed several documents with this court, including a single page, handwritten document titled "P[e]tition of Habeas Corpus." However, the information contained therein is not sufficient for this Court to determine whether petitioner has stated cognizable claims under § 2254.

    For the reasons stated above,

    1)    The clerk is instructed to OPEN a new case and TRANSFER Docket Nos. 22, 23 and 24 to the new habeas action. The clerk is directed to inform petitioner of the new case number assigned to this habeas action. According to

Order Directing Clerk to Open New Case
P:\PRO-SE\SJ.JW\HC.06\Chavez00069_new file.wpd

petitioner, his legal mail should be sent to 100 Paseo De San Antonio, Suite 319, San Jose, CA 95113.

2) Petitioner is granted **thirty (30) days** from the date of this order to file a petition using the court's form petition. The amended petition must contain the caption and new civil case number assigned to this case and the words AMENDED PETITION on the first page. Failure to file an amended petition by the deadline will result in dismissal of this action.

It is petitioner's responsibility to prosecute this case. He must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with any orders of the Court within the time allowed, or ask for an extension of that time. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See Martinez v. Johnson, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

The clerk shall attach two copies of the court's form petition with a copy of this order to petitioner.

DATED: January 14, 2008

JAMES WARE
United States District Judge

Order Directing Clerk to Open New Case
P:\PRO-SE\SJ.JW\HC.06\Chavez00069_new file.wpd          2