**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ, ) | No. C 06-00069 JW (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING REQUEST FOR WRIT OF ERROR CORAM NOBIS |
| ) | |
| vs. ) | |
| ) | |
| ROSE MARTINEZ, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | (Docket No. 33) |

The above-titled action was dismissed on March 8, 2007, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (See Docket No. 17.) On January 11, 2008, Petitioner filed a petition for a writ of habeas corpus under the same case number which the clerk opened as a new case, (see C-08-00491 JW(PR)), as ordered by the Court. (See Docket No. 18). However, Petitioner has continued to file letters and documents in this closed matter. Most recently on May 27, 2009, Petitioner filed a request for this Court to issue a writ for error coram nobis. (Docket No. 33.) The writ of error coram nobis affords a remedy to attack a conviction when the petitioner has served his sentence and is no longer in custody. See Telink, Inc. v. United States, 24 F.3d 42, 45 (9th Cir. 1994). Here, petitioner is currently serving a sentence on the state conviction which he is presumably attempting to challenge.

1   Accordingly, the request is DENIED.

2   If petitioner wishes to challenge the state conviction or sentence for which he
3   is currently incarcerated, he may do so by filing a petition under 28 U.S.C. § 2254,
4   using the court form petition.  Petitioner is advised that before he can file such a
5   petition, he must first have exhausted state judicial remedies, either on direct appeal
6   or through collateral proceedings, by presenting the highest state court available
7   with a fair opportunity to rule on the merits of each and every claim he seeks to raise
8   in this Court.  See 28 U.S.C. § 2254(b), (c).  The petition must be filed as a new
9   action, and petitioner shall not make any reference to a case number for a closed file
10  such as the instant case.  Petitioner will be subject to the appropriate filing fees for
11  the new case.  If petitioner is unable to pay the filing fee, he must file an application
12  for leave to proceed in forma pauperis.

13  The clerk of the Court shall include two copies of the court's form petition
14  and two copies of the In Forma Pauperis Application with a copy of this order to
15  petitioner.

17  DATED:   June 1, 2009

            /s/ James Ware
            JAMES WARE
            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ,

        Plaintiff,

  v.

ROSE MARTINEZ, Warden

        Defendant.

Case Number: CV06-00069 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Rivera Chavez #09019791
Elmwood Detention
P. O. Box 1870
Milpitas, Ca 95036

Dated: June 8, 2009

        Richard W. Wieking, Clerk

        By: Elizabeth C. Garcia, Deputy Clerk